IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERTO CELSO GARZA, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-165 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

The Court has before it Petitioner's petition for a habeas-corpus writ (Dkt. No. 1), his Application to Proceed In Forma Pauperis (Dkt. No. 7), and the July 18, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 9). The deadline to file objections has passed, and no objections have been filed. *See* Dkt. No. 9 at 5 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the July 18, 2017, M&R (Dkt. No. 9), **DISMISSES** the above-captioned case, and **DENIES** Petitioner a Certificate of Appealability. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 15th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge